**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01048-CR

**GEORGE EVANS TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63208-N**

## ORDER

The Court **ORDERS** court reporter Sandra Hughes to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 2 through 77 and Defendant's Exhibit no. 1. Ms. Hughes must include State's Exhibit no. 35, a DVD, with the exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Hughes, official court reporter, 195th Judicial District Court, and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE